FILED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION 2012 NOV 28 PM 1:04

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIE LEE WILLIS (1),
KEITH RUFFIN (2),

    Defendants

CRIMINAL NO.

SA12CR1054 XR

[Vio.: 21 U.S.C. §§ 846,
841(a)(1), & 841(b)(1)(B):
Conspiracy to Possess with
Intent to Distribute five
hundred grams or more but less
than five kilograms of
Cocaine;
[Vio: 21 U.S.C. §§ 846,
841(a)(1) & 841(b)(1)(B):
Attempt to Possess with Intent
to five hundred grams or more
but less than five kilograms of
Cocaine.]

THE GRAND JURY CHARGES:

## COUNT ONE
[21 U.S.C. § 846, 841(a)(1) & 841(b)(1)(B)]

That beginning on or about October 10, 2012, and continuing

until November 1, 2012, in the Western District of Texas Defendants,

WILLIE LEE WILLIS,
KEITH RUFFIN,

and others known and unknown to the Grand Jury, did unlawfully,

knowingly, and intentionally combine, conspire, confederate, and

agree together and with one another to distribute and to possess with

intent to distribute a controlled substance, which offense involved

five hundred grams or more but less than five kilograms of Cocaine,

a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(B).

**COUNT TWO**
**[21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)(B]**

That on or about November 1, 2012, in the Western District of Texas, Defendants,

**WILLIE LEE WILLIS,**
**KEITH RUFFIN,**

did unlawfully, knowingly and intentionally attempt to possess with intent to distribute a controlled substance, which offense involved five hundred grams or more but less than five kilograms of Cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

A TRUE BILL.



FOREPERSON OF GRAND JURY

ROBERT PITMAN
United States Attorney

By: _____
SAM L. PONDER
Assistant United States Attorney

2
